JACKSON, *ex dem.* SINCLAIR and another, *against*
BAILEY.

Couch
v.
Ash.

EJECTMENT for land in the town of Moriah, Essex county, brought to trial at the last circuit in that county ; when the plaintiff was nonsuited, on the ground, that the declaration described the land as lying in the town of Crown Point in that county.

Now, on an affidavit, that this was a mistake of the attorney, which was not discovered till after the jury were sworn.

*Amendment as to the place laid in a declaration in ejectment, granted, after the plaintiff had been nonsuited at the trial for variance.*

*S. Stevens,* for the plaintiff, moved to set aside the nonsuit : and to amend the declaration.

*D. Russell,* contra, said it was too late to amend, after the plaintiff had been nonsuited for the variance ; but

*The Court* granted the motion on payment of costs.

Rule accordingly.